**Keith T. LILLY, Appellant,**

v.

**DIRECTOR OF REVENUE, State of Missouri, Respondent.**

**No. WD 75073.**

Missouri Court of Appeals,
Western District.

Jan. 29, 2013.

Rachel L. Townsend, Raytown, MO, for Appellant.

Chris Koster, Attorney General, Rachel Michelle Jones, Special Assistant Attorney

General, Missouri Department of Revenue, Jefferson City, MO, for Respondent.

Before Division I: MARK D. PFEIFFER, Presiding Judge, and VICTOR C. HOWARD and ALOK AHUJA, Judges.

### Order

PER CURIAM:

Keith T. Lilly appeals from the judgment of the Circuit Court of Jackson County, Missouri, upholding the Director of Revenue's one-year revocation of Lilly's driving privileges for refusal to submit to a chemical test of his breath pursuant to section 577.041. Finding no error, we affirm in this *per curiam* order and have provided the parties a legal memorandum explaining our ruling today. Rule 84.16(b).